1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| RAMZI ABED, MICHAEL FLOWERS, LAUREN LEVITT, and CHRISTOPHER MYRICK, individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC., a Delaware corporation; and DOES 1 thru 10, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-02231-CBM-JCx<br><br>Hon. Consuelo B. Marshall<br>Courtroom 8B – First Street<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL [JS-6]**<br><br>Action Filed:            March 6, 2020<br>Discovery Cutoff:     None Set<br>Pretrial Conference: None Set<br>Trial Date:                None Set |

# ORDER

This matter comes before the Court on the Joint Stipulation of Dismissal ("Stipulation"). Having reviewed the Stipulation, and finding good cause exists for the relief requested therein, the Stipulation is hereby GRANTED as follows:

1. Plaintiffs Ramzi Abed, Michael Flowers, Lauren Levitt, and Christopher Myrick's individual claims are hereby dismissed with prejudice.

2. The claims of the Hustle Class and New Partners Class as those classes are defined in the Order Granting Motion for Class Certification (Dkt. 79) are hereby dismissed without prejudice. This dismissal shall have no *res judicata* or collateral estoppel effect should any claim, including claims identical or substantially similar to the claims certified on May 28, 2021 (Dkt. 79), be brought by any individual or entity other than the named plaintiffs. All defenses to such future claims are preserved.

3. The Court finds that dismissal without notice to absent class members is appropriate under the factors articulated in *Diaz v. Tr. Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989) because: (a) class notice has not issued and the parties represented that they are unaware of any individual who is relying on this lawsuit for any purpose; (b) absent class members would have ample time within the statute of limitations, which has been tolled since the filing of this lawsuit, to pursue their claims upon dismissal because the limitations period will not expire until at least March of 2024; and (c) the relief requested in the Stipulation is not the product of collusion because no party or their counsel is receiving any consideration resulting from the Stipulation and no agreements concerning dismissal exist outside of it.

4. Plaintiffs and defendant shall bear their own attorneys' fees and costs.

5. No party is a prevailing party as of result of this dismissal.

6. The Clerk of Court is ordered to close this case.

**IT IS SO ORDERED**

Dated: MARCH 28, 2022

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE